United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEIL SCHAEFER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 16-CV-03564-LHK<br><br>**ORDER REGARDING CONSENT TO MAGISTRATE JUDGE COUSINS** |

Defendants have filed a motion to relate the instant case to *McKay v. City and County of San Francisco*, 16-CV-03561-NC, which is before Magistrate Judge Cousins. Plaintiffs have stated that they do not oppose the motion to relate and that Plaintiffs agree that the cases should be deemed related. Plaintiffs have consented to Magistrate Judge jurisdiction in *McKay* but not in the instant case.

By Wednesday, August 10, 2016, the parties shall file the Court's Consent/Declination Form. If all parties consent, the Court will reassign the case to Magistrate Judge Cousins for all purposes.

**IT IS SO ORDERED.**

1
Case No. 16-CV-03564-LHK
ORDER REGARDING CONSENT TO MAGISTRATE JUDGE COUSINS

1   Dated: August 5, 2016

_____
LUCY H. KOH
United States District Judge

Case No. 16-CV-03564-LHK
ORDER REGARDING CONSENT TO MAGISTRATE JUDGE COUSINS